**2023-2002**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**SABINSA CORP.,**
*Plaintiff-Appellee,*

v.

**HERBAKRAFT, INC.,**
*Defendant*

**PRAKRUTI PRODUCTS PVT. LTD.,**
*Defendant-Appellant*

**Appeal from the United States District Court for the District of New Jersey, Case No: 1:14-cv-04738-RBK-SAK**

## APPELLEE SABINSA'S RESPONSE TO COURT'S SHOW CAUSE ORDER

>James H. Hulme
>Richard Berman
>Taniel E. Anderson
>Jasjit S. Vidwan
>**ArentFox Schiff LLP**
>1717 K Street, NW
>Washington, DC 20006
>202.857.6000
>james.hulme@afslaw.com
>
>*Counsel for Plaintiff-Appellee Sabinsa Corp.*

Dated: July 31, 2023

FORM 9. Certificate of Interest                                    Form 9 (p. 1)
                                                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2023-2002
**Short Case Caption** Sabinsa Corp. v. Herbakraft, Inc.
**Filing Party/Entity** Sabinsa Corp.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/26/2023          Signature: /s/ James H. Hulme

                          Name: James H. Hulme

FORM 9. Certificate of Interest                                                           Form 9 (p. 2)
                                                                                          March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| Sabinsa Corp. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest                                  Form 9 (p. 3)
                                                                 March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable  ☑ Additional pages attached

| ArentFox Schiff LLP | | |
| --- | --- | --- |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☑ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable  ☐ Additional pages attached

|  |  |  |
| --- | --- | --- |
|  |  |  |

2023-2002 Form 9, Certificate of Interest – Additional Page

**Item 4. Legal Representatives.**

    A.    Saiber LLC
- Sean R. Kelly
- Katherine Ann Escanlar

    B.    ArentFox Schiff LLP
- Ahmed Abdel-Rahman
- Jake Christensen
- Brian H. Gold
- Alton L. Hare

Pursuant to the Court's June 30, 2023 Show Cause Order, Appellee Sabinsa Corp. ("Sabinsa") files this response agreeing that the Court lacks subject matter jurisdiction over this premature appeal filed by Defendant-Appellant Prakruti Products Pvt. Ltd. ("Prakruti"). For reasons outlined below and in the Court's Show Cause Order, Sabinsa respectfully requests that the Court dismiss the pending appeal.

## I. Factual Background

In 2018, the district court sanctioned Prakruti for spoliating key evidence and making a series of misrepresentations to the court. ECF No. 220.[1] Since then, Prakruti spent the last four years filing motions for reconsiderations and appeals of magistrate judge rulings. On April 12, 2023, the district court rejected Prakruti's final attempt to delay payments of sanctions and ordered that Prakruti pay the full amount of "$1,003,484.29" by "5:00 pm on 18 April 2023." ECF No. 322.

Instead of complying, Prakruti's counsel wired Sabinsa $8,671—less than 1% of the award. ECF No. 325. In response, the district court (1) found Prakruti in civil contempt for failure to comply with the payment order, (2) ordered an entry of default against Prakruti on all claims, and (3) scheduled default judgment briefing. ECF No. 331.

---

[1] All "ECF No." citations refer to pleadings filed in the underlying district court case: *Sabinsa Corp. v. Herbakraft, Inc., et al.*, No. 14-cv-4738 (D.N.J.).

During default judgment briefing, Prakruti filed a notice of appeal to this Court on June 2, 2023. ECF No. 336. The notice of appeal included three sets of lawyers listed as representing Prakruti:

> *s/ Jason B. Lattimore*
>
> Jason B. Lattimore
> The Law Office of
> JASON B. LATTIMORE, ESQ. LLC
> 55 Madison Avenue, Suite 400
> Morristown, NJ 07960
> Telephone: (973) 998-7477
> Facsimile: (973) 264-1159
> Jason@LattimoreLaw.com
>
> James T. Wilson (pro hac vice)
> Gregory A. Krauss
> Davidson Berquist Jackson & Gowdey LLP
> 8300 Greensboro Drive, Suite 500
> McLean, VA 22102
> (571) 765-7709
> jwilson@dbjg.com
> gkrauss@dbjg.com
> Counsel for Defendant
> PRAKRUTI PRODUCTS PVT. LTD.
>
> Laurence Sandell (Appellate Counsel)
> MEI & MARK LLP
> 818 18th Street NW, Suite 410
> Washington, DC 20006
> 202-329-9407 (Phone)
> 888-706-1173 (Fax)
> lsandell@meimark.com

Sabinsa reached out to each of Prakruti's counsel listed above—James T. Wilson (district court lead counsel), Jason B. Lattimore (district court local counsel), and Laurence Sandell (appellate counsel)—to inquire about Prakruti's position in response to this Court's Show Cause Order. All of them replied that they do not represent Prakruti in this appeal.[2] Messrs. Lattimore and Wilson, however, continue to represent Prakruti in the district court case and filed a motion to seal on July 24, 2023. *See* ECF No. 346.

## II. Argument

The district court has not yet ruled on Sabinsa's pending motion for default judgment. And as this Court noted, the civil contempt order and the entry of default are not appealable final judgments. *See* Show Cause Order at 2. Thus, this premature appeal should be dismissed for lack of subject matter jurisdiction.

Separately, Prakruti failed to comply with the Notice of Docketing and is currently an unrepresented corporate party. This also supports dismissal. *See* Fed. Cir. R. 47.3(a) ("A corporation, partnership, organization, or other legal entity must be represented by counsel before this court."); *Sys. Mgmt. Am. Corp. v. England*, 25 F. App'x 914, 914 (Fed. Cir. 2001) (dismissing appeal because "[i]n

---

[2] Sabinsa lacks any information about who represents Prakruti in this appeal. Notably, Prakruti filed no entry of appearance (nor a certificate of interest or docketing statement), as required by this Court's Notice of Docketing and rules. *See* Fed. R. App. P. 26.1(a); Fed. Cir. R. 47(b).

federal courts, a corporation must be represented by counsel. This requirement cannot be waived." (citations omitted)).

### III. Conclusion

For these reasons, Sabinsa respectfully requests dismissal of this appeal.

Dated: July 31, 2023

Respectfully submitted,

 /s/ *James H. Hulme*
James H. Hulme
Richard Berman
Taniel E. Anderson
Jasjit S. Vidwan
**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006
202.857.6000
james.hulme@afslaw.com

*Counsel for Plaintiff-Appellee Sabinsa Corp.*

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-2002

**Short Case Caption:** Sabinsa Corp. v. Herbakraft, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

[✓] the filing has been prepared using a proportionally-spaced typeface and includes  522  words.

[ ] the filing has been prepared using a monospaced typeface and includes _____ lines of text.

[ ] the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 07/31/2023

Signature: /s/ James H. Hulme

Name: James H. Hulme

Save for Filing

# CERTIFICATE OF SERVICE

I certify that on July 31, 2023, I filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: July 31, 2023

                                      Respectfully submitted,

                                      <u>/s/ James H. Hulme</u>
James H. Hulme
Richard Berman
Taniel E. Anderson
Jasjit S. Vidwan
**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006
202.857.6000
james.hulme@afslaw.com

*Counsel for Plaintiff-Appellee Sabinsa Corp.*